■ In the Matter of Michael Kunz, Respondent, v Shahadoth C., Appellant. [49 NYS3d 291]—

Appeal from order, Supreme Court, New York County (Carol Ruth Feinman, J.), entered June 16, 2016, which granted the petition and authorized petitioner to involuntarily retain and administer medical treatment to respondent for up to six months, unanimously dismissed, without costs, as moot.

By its own terms, the order which respondent seeks to challenge expired on December 16, 2016. Furthermore, it is undisputed that, in November 2016, respondent was transferred to another medical facility, and petitioner no longer has any direct stake in respondent's medical treatment. Accordingly, the order is moot, and, under the circumstances presented, the exception to the mootness doctrine is inapplicable (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Concur—Friedman, J.P., Sweeny, Renwick, Andrias and Manzanet-Daniels, JJ.